Receipt number CFC100004379

# In the United States Court of Federal Claims

William H. Lovett, Jr.                )
                                  )
                                  )
                                  )
               **Plaintiff(s),**       )      **Case No.** ___**18-1998 T**___
                                  )
**v.**                                )      **Judge** _____
                                  )
**THE UNITED STATES,**        )
                                  )
               **Defendant.**         )

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see e.g.,* 28 U.S.C. §§ 1491-1509).

United States contractor has damaged me in the sum money amount of $344,067.00 by forcing Plaintiff to file sum money amount returns without jurisdiction.  See Exhibit A and B attached hereto.  Exhibit A signed by Commissioners counsel and B is signed by the UNITED STATES TAX COURT WASHINGTON, DC 20712 chief Judge L. Paige Marvel.

The United States contractor is in contempt of court for failure to return the un-jurisdictional gain.

RECEIVED - USCFC

DEC 2 1 2018



## 2. PARTIES

Plaintiff, __William H. Lovett, Jr._____ , resides at __P.O. Box 1867_____

(Street Address)

__Wauchula, Florida  33873-9998_____ , __863-781-2009_____

(City, State, ZIP Code)                                            (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

**RELATED CASES.** Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?        ◯ Yes  ⦿ No

If yes, please list the case(s) below, including case number(s):

None

## 3. STATEMENT OF THE CLAIM. State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

The United States is involved knowingly and maliciously against the Plaintiff and should be required to pay Plaintiff the ill-gotten gain.  The United States contractor has coerced Plaintiff to file returns without jurisdiction.  See Exhibits A and B attached hereto.  It is the United States Federal Court of Claims duty to keep the United States contractors honest and must not allow Plaintiff to be damaged.  The United States Federal Court of Claims must hold United States contractors to the law.
I am entitled to this judgment because of the damages rendered against Plaintiff, therefore this Court should have this judgment rendered in Plaintiff's favor.

4. **RELIEF.** Briefly state exactly what you want the court to do for you.

The Court should render relief to Plaintiff by signing the judgment against the United States in the amount of $344,067.00

See Exhibits C thru T.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _15th_ day of _December_, _2018_.
       (day)            (month)        (year)

_William N Lovett Jr_
Signature of Plaintiff(s)